IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRED MOORE, Individually and as Next Friend of AM, a minor, and JM, a minor, and KAREN SHAVER, Individually and as Next Friend of A.C., a minor, | § | |
| Plaintiffs, | § | Civil Action No. |
| v. | § | 3:09-CV-0710-K |
| THE CITY OF DESOTO; ERIN BLUST; STEVE THOMAS; JOHN BATTLE; DUSTIN MUNN; ROBERT PENWARDEN; WARREN TILLMAN; GARY PERKINS; MIKE SHARP; and LIONHEART INVESTMENTS GROUP, INC., d/b/a PAPA JOHN'S PIZZA #1823, | § | |
| Defendants. | § | |

**JUDGMENT**

This Judgment is entered pursuant to the Court's Memorandum Opinion and Order of this same date, in which the Court granted (1) Defendants the City of DeSoto ("the City") and police officers Erin Blust, Steve Thomas, John Battle, Dustin Munn, Robert Penwarden, Warren Tillman, and lieutenants Gary Perkins and Mike Sharp's ("the DeSoto police officers") Motion for Summary Judgment and (2) Defendant Lionheart Investment Group, Inc's, d/b/a Papa John's Pizza #1823 ("Papa John's"), Second Motion for Summary Judgment.

It is therefore, **ORDERED**, **ADJUDGED** and **DECREED** that Plaintiffs take nothing by their suit against Defendants the City, all DeSoto police officers, and Papa John's Pizza #1823, and that Plaintiffs' claims are **DISMISSED with prejudice.**

**SO ORDERED**.

Signed September 29th, 2010

ED KINKEADE
UNITED STATES DISTRICT JUDGE